AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:17-cr-00146-REB-JMC-01 |
| JAMES M. AULT | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMES M. AULT, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:

Order pursuant to Petition for Warrant on Defendant on Pretrial Release

Date: 01/25/2019

s/N. Marble, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, CO

JEFFREY P. COLWELL, Clerk of the U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/19, and the person was arrested on *(date)* 1/29/19
at *(city and state)*

Date: 1/29/19

*Arresting officer's signature*

DEPUTY JOHN W. HESS III
*Printed name and title*